

Tuesday, 21 November 2006 04:57:30 PM
Clerk, U.S. District Court, ILCD

NOV 2 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

RACHEL G. MURRELL

Crim. No. 96-20006-001

On __August 23, 1996__ the above named was placed on supervised release for a period of __five__ years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*s/*Gwen M. White
Gwen M. White
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __21st__ day of __November__, 2006.

s/Michael M. Mihm
Michael M. Mihm
U.S. District Judge